# EXHIBIT B



**Vorys, Sater, Seymour and Pease LLP**
Legal Counsel

52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008

614.464.6400 | www.vorys.com

Founded 1909

Tyler B. Pensyl
Telephone   (614) 324-2938
Email          Standard_Proc@vorys.com

March 13, 2019

**VIA OVERNIGHT DELIVERY & EMAIL**

Deal Point Trading
c/o Eric O'Bannon
10755 Scripps Poway Parkway
San Diego, CA 92131
eric@dealpointtrading.com

Re:   Unauthorized Sales of Products Bearing Standard Process Trademark

Dear Mr. O'Bannon:

As you know, Standard Process Inc. ("Standard Process") has retained our law firm to represent it in connection with your unauthorized sales of its products through the "Great Buys & Bargains" storefront on www.amazon.com ("Amazon"). For the reasons set forth in our prior letters on October 9, 2017, September 12, September 26, and October 11, 2018, your sales of Standard Process products are unlawful.

In our letters, we demanded that you immediately remove all Standard Process products from your Amazon storefront and all other unauthorized websites and **permanently** stop selling all Standard Process products. While you initially removed your listings of Standard Process products from your Amazon storefront, you recently listed new Standard Process products.

We write again to demand that you immediately remove all Standard Process products from your Amazon storefront and all other unauthorized websites and that you **permanently** cease selling any and all Standard Process products. If you fail to comply with this request, Standard Process intends to file a lawsuit against you seeking all of the relief identified in our letters.

You should also be aware that, if you ignore this letter and continue to unlawfully sell Standard Process Products, you will be subject to personal jurisdiction in Wisconsin where Standard Process is located. *See, e.g., Amini Innovation Corp. v. JS Imps, Inc.*, 497 F. Supp. 2d 1093, 1106 (C.D. Cal. 2007) (explaining that numerous courts have held that a defendant is subject to personal jurisdiction in the state where a plaintiff mark owner is located if the defendant intentionally infringes the plaintiff's intellectual property while knowing where the plaintiff is located). This letter serves as notice to you that Standard Process is located in Wisconsin, your infringing sales harm Standard Process, and that the effects of your unlawful actions will be felt in Wisconsin where Standard Process is located if you do not cease your infringing sales.

Columbus | Washington | Cleveland | Cincinnati | Akron | Houston | Pittsburgh


**Legal Counsel**

Mr. Eric O'Bannon
March 13, 2019
Page 2

      Please email me at Standard_Proc@vorys.com or call me at (614) 324-2938 by no later than 5:00 p.m. Eastern Time on March 20, 2019, to confirm your compliance with the demands set forth herein.

      Sincerely,

      *[signature]*

      Tyler B. Pensyl