UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAL POINT TRADING, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>STANDARD PROCESS, INC., a Wisconsin Corporation,<br><br>Defendant. | Case No.: 3:19-cv-01926-WQH-AGS<br><br>**ORDER** |

HAYES, Judge:

The Court hereby grants the parties' Joint Motion to Dismiss (ECF No. 25) with prejudice. All pending claims and counterclaims asserted in this action between Plaintiff and Defendant are dismissed. Each party to bear its own costs, expenses, and attorney's fees.

IT IS SO ORDERED.

Dated: July 15, 2020

Hon. William Q. Hayes
United States District Court